UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VALPAK DIRECT MARKETING
SYSTEMS, INC., a Delaware
corporation,

       Plaintiff,

v.                                              Case No. 8:07-cv-247-T-24 TBM

MARK STEPHENS, JR., an
individual,

       Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Judgment. (Doc. No. 8).

Plaintiff alleges the following in its complaint (Doc. No. 1): Plaintiff is a franchisor of direct-mail advertising businesses. On June 23, 2003, Plaintiff, as franchisor, and Defendant, as franchisee, entered into a franchise agreement. Defendant owes Plaintiff $125,640.93 under the franchise agreement, but Defendant has refused to make payment to Plaintiff.

Default was entered against Defendant on March 7, 2007. (Doc. No. 8). Plaintiff now seeks default judgment against Defendant in the amount of $125,640.93. Upon consideration, the Court finds that the motion for default judgment should be granted.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Entry of Default Judgment (Doc. No. 8) is **GRANTED**. The Clerk is directed to enter default judgment against Defendant in the amount of $125,640.93 and then to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of March, 2007.

                                          SUSAN C. BUCKLEW
                                          United States District Judge

Copies to:
Counsel of Record